Decided June 19, 2001

## RUPERTO VINCENTE *v.* COMMISSIONER OF CORRECTION

The petitioner Ruperto Vincente's petition for certification for appeal from the Appellate Court, 63 Conn. App. 902 (AC 20318), is denied.

*Del Atwell*, special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided June 19, 2001